IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:  ASSIGNMENT OF CIVIL CASES      )
TO UNITED STATES MAGISTRATE           )    Standing Order
JUDGES                                )

WHEREAS, there currently is a judicial vacancy and a continuing need to

manage, pretrial, the caseload of the Court's fourth District Judge; and

WHEREAS, the Court's second United States Magistrate Judge will assume his

responsibilities on or about August 6, 2007; and

WHEREAS, it is the goal of the Court to ensure a reasonable and fair allocation

of assignments among the Court's two Magistrate Judges, consistent with the

challenges facing the Court at any given time;

THEREFORE, at Wilmington this ᐒᑆᵗʰday of June, 2007, pursuant to 28 U.S.C.

§ 636 and the rules of the Court;

IT IS ORDERED that:

1. In the categories of civil cases labeled "General," "Patents/Trademarks" and

"Securities," in addition to the random assignment of a United States District Judge to

each such case:

a. The Clerk of the Court shall initiate procedures which accomplish the

following:

1). The fifth such case in each of the above referenced categories

of civil cases shall be automatically referred to United States Magistrate Judge Leonard

P. Stark.

    2). The fifteenth such case in each of the above referenced categories of civil cases shall be automatically referred to United States Magistrate Judge Mary Pat Thynge.

    b. The assigned District Judge shall designate the Magistrate Judge to hear and determine those pretrial matters as may be handled by a Magistrate Judge, consistent with 28 U.S.C. § 636.

2. The cases already assigned to the "vacant judgeship" shall remain under the pretrial management of Judge Thynge. Effective the date of this order, and absent any conflicts, the even numbered civil cases randomly assigned to the "vacant judgeship" shall be automatically referred to Judge Thynge for pretrial management; the odd numbered civil cases randomly assigned to the "vacant judgeship" shall be automatically referred to Judge Stark for pretrial management.

3. Any civil case not previously described above may be referred to a magistrate judge for purposes of exploring alternate dispute resolution ("ADR"). Effective the date of this order, and absent any conflicts, the even numbered of such civil cases shall be referred to Judge Thynge; the odd numbered of such civil cases shall be referred to Judge Stark.

4. The above described assignment strategy shall be reviewed periodically by the Court.

2

5. This order shall be effective August 6, 2007.

Chief Judge Sue L. Robinson

Judge Joseph J. Farnan, Jr.

Judge Gregory M. Sleet

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:    JUDICIAL VACANCY

**STANDING ORDER**

At Wilmington this 15th day of December, 2006, in order to keep intact a docket for the judge who fills the vacancy left by the elevation of the Honorable Kent A. Jordan to the United States Court of Appeals for the Third Circuit;

IT IS ORDERED that, pending the investiture of said judge:

1. All civil cases previously assigned to Judge Jordan shall be reassigned to the vacant judicial position. But for cases filed under 28 U.S.C. §§ 158, 1334, 2254, and 2255, all such civil cases, and all such cases henceforth assigned to the vacant judicial position, shall be referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. § 636(b).

2. To the extent resources permit, the judges of the court shall endeavor to keep cases moving forward toward resolution, including resolution by trial.

United States District Judge