IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. WILCOX, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-739-***-LPS |
| STATE OF DELAWARE, LT. CHERYL MORRIS, AND PERSONS UNKNOWN TO BE NAMED LATER, | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Thomas A. Wilcox, SBI #00449725, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _Nov. 29_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _December 4_, 2007.

_Thomas Wilcox_
Signature of Plaintiff

I/M Thomas Wilberg
SBI# 449725 UNIT D/W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
05 DEC 2007 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

Legal Mail

19801435710