CA07-739GMS
1B/

Dear Judge gregory m Sleet.
From thomas Wilcox

I What you to Know that I all most Die this year in Smy Jail I have the PaPPr Work of you what to see you can have one of you work come a get it But his at mci, I have Not have a court date an why this Paper work said Notice has Been Delivred By other means to) \\\\\\\\\\ Wilcox VS State of Delaware I take ~~soso~~ out of Court

Let me Know what can you do Lookin The Jail to see my Blood an Food?

₹ Thomas a. Wilcox

Thank-you
ε

FEB 1 4 2008

I What MY Courtdate an Case Number let me Know

Thank-you



Thomas A. Wilcox
SBI# 00449725
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RECEIVED
FEB 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Thomas Wilcox JR
00449125
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947

WILMINGTON DE 197
13 FEB 2008 PM
USA 41
U.S.M.
X-RAY

Office of the Clerk
United State District Court
844 N. King Street Lock Box 18
Wilmington Delaware 19801-3570