OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

March 11, 2008

TO:

**Thomas A. Wilcox**  
SBI# 00449725  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

      **RE:  UNITED STATES MARSHAL 285 FORMS**  
           **CIV. NO. *07-739 GMS***

Dear Mr. Wilcox:

    Please be advised that this office has received United States Marshal 285 forms for LT Cheryl Morris and the Delaware Attorney General in the above referenced case. Please note that the State of Delaware was dismissed as a defendant per the Memorandum Order dated 2/25/08. Therefore, we are returning the USM 285 form for the State of Delaware to you without action.

    Your complaint, along with the United States Marshal 285 forms, will be forwarded to the United States Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                              Sincerely,

/rwc                                           PETER T. DALLEO  
                                                CLERK

cc:  The Honorable Gregory M. Sleet  
     United States Marshal  
     Pro Se Law Clerk

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 11, 2008

TO:

**Thomas A. Wilcox**
SBI# 00449725
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    RE:  **UNITED STATES MARSHAL 285 FORMS**
         **CIV. NO. *07-739 GMS***

Dear Mr.Wilcox:

    Please be advised that this office has received United States Marshal 285 forms for LT Cheryl Morris and the Delaware Attorney General in the above referenced case.  Please note that the State of Delaware was dismissed as a defendant per the Memorandum Order dated 2/25/08.  Therefore, we are returning the USM 285 form for the State of Delaware to you without action.

    Your complaint, along with the United States Marshal 285 forms, will be forwarded to the United States Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,


/rwc                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Gregory M. Sleet
     United States Marshal
     Pro Se Law Clerk

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 11, 2008

TO:

**Thomas A. Wilcox**
SBI# 00449725
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

        **RE:  UNITED STATES MARSHAL 285 FORMS**
             **CIV. NO. *07-739 GMS***

Dear Mr.Wilcox:

    Please be advised that this office has received United States Marshal 285 forms for LT Cheryl Morris and the Delaware Attorney General in the above referenced case.  Please note that the State of Delaware was dismissed as a defendant per the Memorandum Order dated 2/25/08.  Therefore, we are returning the USM 285 form for the State of Delaware to you without action.

    Your complaint, along with the United States Marshal 285 forms, will be forwarded to the United States Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rwc                                          PETER T. DALLEO
                                              CLERK

cc:  The Honorable Gregory M. Sleet
     United States Marshal
     Pro Se Law Clerk

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

March 11, 2008

TO:

**Thomas A. Wilcox**
SBI# 00449725
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

        RE:   **UNITED STATES MARSHAL 285 FORMS**
             CIV. NO. *07-739 GMS*

Dear Mr.Wilcox:

    Please be advised that this office has received United States Marshal 285 forms for LT Cheryl Morris and the Delaware Attorney General in the above referenced case. Please note that the State of Delaware was dismissed as a defendant per the Memorandum Order dated 2/25/08. Therefore, we are returning the USM 285 form for the State of Delaware to you without action.

    Your complaint, along with the United States Marshal 285 forms, will be forwarded to the United States Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                            Sincerely,

/rwc                                                  PETER T. DALLEO
                                                        CLERK

cc:   The Honorable Gregory M. Sleet
      United States Marshal
      Pro Se Law Clerk